UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WC SOFTWARE SERVICES, INC.,
a Michigan Corporation, and
MAHILESWARAN KUMARSAMY,

       Plaintiffs,

v.

                               Civil No. 04-74360
                               HON. JOHN CORBETT O'MEARA
                               Magistrate Judge Virginia Morgan

UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES,

       Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

On August 4, 2005, a hearing was held on cross-motions for summary judgment in the above-captioned matter. For the reasons set forth by the Court on the record, it is hereby **ORDERED** that defendant's motion for summary judgment is granted, and plaintiffs' motion for summary judgment is denied.

       **IT IS SO ORDERED.**

                                     s/John Corbett O'Meara
                                     John Corbett O'Meara
                                     United States District Judge

Dated: August 9, 2005